■ In the Matter of ROSALEE D., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LISA Z., Appellant. (Proceeding No. 1.) In the Matter of JOEY D., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LISA Z., Appellant. (Proceeding No. 2.) In the Matter of GLENN D., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LISA Z., Appellant. (Proceeding No. 3.) In the Matter of LISA Z., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LISA Z., Appellant. (Proceeding No. 4.) [778 NYS2d 725]—In four related child protective proceedings pursuant to Family Court Act article 10, the mother appeals, as limited by her brief, from so much of an order of fact-finding and disposition of the Family Court, Suffolk County (Genchi, J.), entered April 16, 2003, as, after a hearing, found that she had neglected her four children.

Ordered that the order of fact-finding and disposition is affirmed insofar as appealed from, without costs or disbursements.

The Family Court's findings were established by a preponderance of the evidence (*see* Family Ct Act § 1046 [b]; *Matter of Nicole V.,* 71 NY2d 112 [1987]).

The mother's remaining contention is without merit. Santucci, J.P., Schmidt, Rivera and Lifson, JJ., concur.